Ronald Abramson
David G. Liston
**LEWIS BAACH pllc**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 826-7001

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> FLYING CROCODILE, INC., d/b/a FCI, Inc.; <br><br> FCI, Inc., f/k/a Flying Crocodile, Inc.; <br><br> ACCRETIVE TECHNOLOGY GROUP, INC., d/b/a Accretive Networks; <br><br> ICF TECHNOLOGY, INC.; <br><br> RISER APPS LLC; <br><br> STREAMATES LIMITED; <br><br> STREAMATES LIMITED DBA STREAMATES LIMITED, LLC; and <br><br> DOES 1-20, <br><br> Defendants. | Civil Action No.: <br><br> **PLAINTIFF WAG ACQUISITION, L.L.C.'s CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff WAG Acquisition, L.L.C. ("WAG") files this Corporate Disclosure Statement, stating that WAG has no parent corporation and that no publicly held corporation owns 10% or more of WAG's stock.

Dated:   April 25, 2014

RONALD ABRAMSON
DAVID G. LISTON
LEWIS BAACH PLLC
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 826-7001


By: /s/Ronald Abramson
         Ronald Abramson

*Attorneys for Plaintiff*