David Ward
**KLUGER HEALEY, LLC**
219 Broad Street
Red Bank, NJ 07701
P: (732) 852-7500
F: (888) 635-1653
Attorneys for Defendants

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **WAG ACQUISITION, LLC,**<br><br>                    Plaintiff,<br><br>          vs.<br><br>**FLYING CROCODILE, INC.** , d/b/a FCI, Inc., **FCI, INC.** , f/k/a/ Flying Crocodile, Inc., **ACCRETIVE TECHNOLOGY GROUP, INC.** , d/b/a Accretive Networks, **ICF TECHNOLOGY, INC., RISER APPS LLC, STREAMATES LIMITED, STREAMATES LIMITED DB ,** d/b/a Streamates Ltd., LLC,<br><br>                    Defendants. | **Civil Action No.**<br><br>**14-cv-02674-ES-MAH**<br><br>**APPLICATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT FROM JUNE 4, 2014 TO JUNE 18, 2014 PURSUANT TO L.CIV.R. 6.1(b)** |

Pursuant to Local Civil Rule 6.1(b), application is hereby made for a Clerk's Order extending the time within which all Defendants may answer, move, or otherwise reply to the Complaint and it is represented that:

1.      Plaintiff filed a Complaint on April 25, 2014 (Docket Entry No. 1);

2.      Service on some Defendants was effected on May 14, 2014;

3.      The time for Defendants to answer, move or otherwise respond would expire on or after

June 4, 2014.  This application is being filed on behalf of all Defendants and prior to the expiration of the time to Answer.  No previous extension has been obtained;

4. Wherefore, Defendants request an additional 14 days to answer, move or otherwise respond to the Amended Complaint from June 4, 2014 to and including June 18, 2014.

Dated:  June 4, 2014

                           KLUGER HEALEY, LLC

                           /s/David A. Ward
                           David Ward
                           Attorneys for Defendants

**ORDER GRANTING APPLICATION**

The above application is ORDERED GRANTED and the time within which Defendants **FLYING CROCODILE, INC.** , d/b/a FCI, Inc., **FCI, INC.** , f/k/a/ Flying Crocodile, Inc., **ACCRETIVE TECHNOLOGY GROUP, INC.** , d/b/a Accretive Networks, **ICF TECHNOLOGY, INC., RISER APPS LLC, STREAMATES LIMITED, and STREAMATES LIMITED DB ,**d/b/a Streamates Ltd., LLC, may answer, move or otherwise reply to the Complaint is hereby extended for a period of fourteen (14) days to and including June 18, 2014.

**WILLIAM T. WALSH, Clerk**
By:
Deputy Clerk
**ORDER DATED:** _____